OPINION — AG — QUESTION: " CAN THE GRAND RIVER DAM AUTHORITY BY ADMINISTRATIVE ORDER OR CAN THE OKLAHOMA LEGISLATURE BY AMENDMENT TO THE GRAND RIVER DAM AUTHORITY ACT, LEGALLY ESTABLISH A MINIMUM DRAWNDOWN IN THE PENSACOLA RESERVOIR IN AID OF RECREATION IF SUCH PREVENTS THE AUTHORITY FROM UTILIZING ANY OF THE WATER NECESSARY, DESIRABLE OR CONVENIENT TO THE EFFICIENT AND ECONOMICAL OPERATION OF THE PROJECT FOR POWER PRODUCTION? — NEGATIVE CITE: 82 O.S.H. 861, 82 O.S.H. 875 (FRED HANSEN)